LASHONDRIA JELYSA RAMSEY
PO BOX 175
FLORA, MS 39071

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM
443 IRVING DR
BURBANK, CA 91504

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

AMEX
PO BOX 981535
EL PASO, TX 79998

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

COMENITY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CORNERSTONE
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130

FOREFRONT DERMATOLOGY
801 YORK STREET
MANITOWOC, WI 54220

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

HOLLOWAY CREDIT
ATTN: BANKRUPTCY
1286 CARMICHAEL WAY
MONTGOMERY, AL 36106

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

ONE MAIN
P.O. BOX  742536
CINCINNATI, OH 45274

OPP LOANS
130 E RANDOLPH ST
STE 1650
CHICAGO, IL 60601

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM, AL 35211

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001